IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                   CIV-S-05-2111 WBS PAN (GGH) PS

    vs.

LORAN J. FORBES,

    Defendant.                                ORDER

_____/

        On May 23, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

        The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\\

\\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 23, 2006, are ADOPTED;

2. Plaintiff's motion for summary judgment filed November 10, 2005, is granted;

3. UCC Financing Statement, Document Number 05-7017217898, filed by defendant on February 25, 2005, is adjudged and declared null, void and without legal effect;

4. Leave is granted for plaintiff to file the judgment and order of this order with the California Secretary of State and in the public records of any other jurisdiction where documents identical or similar to UCC Financing Statement, Document Number 05-7017217898, have, or may have, been filed by defendant;

5. Defendant Loran J. Forbes, his agents, employees and any other participants, are permanently enjoined from filing or attempting to file any document or instrument which purports to create any nonconsensual lien or encumbrance against the person or property of any employee or officer of the United States; and

6. Plaintiff United States is awarded its costs and reasonable attorneys' fees incurred in this action, based upon an accounting filed with this court within twenty (20) days of the filed date of this order.

DATED: July 3, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

forbes.jo