McGREGOR W. SCOTT
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6648
Facsimile:   (202) 307-0054
Guy.P.Jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No.  2:05-CV-02111-WBS-PAN |
| Plaintiff, ) | |
| v. ) | **ORDER AWARDING ATTORNEY'S FEES** |
| LORAN J. FORBES ) | |
| Defendant. ) | |

      The Court, by Order entered July 5, 2006, has granted the United States' motion for summary judgment.  The Order directed the United States to submit an accounting of its fees to this Court.  This case involved the voiding of a false UCC Financing Statement filed by the defendant against 10 government employees in order to harass them.  The defendant's vexatious conduct led to the government expending resources to void the filing.  The attorney for the United States has submitted a declaration showing 41 hours of attorney time expended on this case.  The court finds that to be a reasonable amount of time under the circumstances.  The court further finds that the attorney fee award should be calculated at a rate equal to the rate referenced in the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  That amount is $157.67 per hour ($125 adjusted for inflation from March, 1996, to August, 2005).

1 | Upon good cause shown,

2 | **IT IS HEREBY ORDERED THAT** defendant Loran J. Forbes shall pay to the United
3 | States $6,464.47 in attorney's fees, within 20 days of the date of service by express mail of this
4 | order upon the defendant.

6 | Dated: December 21, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE